CR16 137

KUNTZ, J.

| PROB 22 (Rev. 8/97) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED CLERK 2016 MAR 21 PM 2:45 | 5:11CR01286-S-001 |
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Luis Alberto Berrios<br>A/K/A Onlywarrior80<br>A/K/A Kkkhaos1980@yahoo.com | SOUTHERN DISTRICT OF TEXAS | LAREDO |
| | NAME OF SENTENCING JUDGE | |
| | HONORABLE GEORGE P. KAZEN | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 02/13/2015   TO 02/12/2018 |

| OFFENSE |
|---|
| Transfer of obscene material to a minor, in violation of 18 U.S.C. § 1470 |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS (LAREDO DIVISION)

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Eastern District of New York, Brooklyn, on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

_3/14/16_
Date

_[signature]_
Honorable George P. Kazen
Senior United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK (BROOKLYN)

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

_____
Effective Date

_____
United States District Judge