

CR 16 137

FILED
CLERK

2016 MAR 21  PM 2: 40

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

March 21, 2016

## MEMORANDUM

To:     Douglas C. Palmer, U.S. District Clerk

From:   Erin Weinrauch, U.S. Probation Officer

Re:     Luis Alberto Berrios

**KUNTZ, J.**

### Request for Acceptance of Jurisdiction

The above named individual was sentenced in the Southern District of Texas, on August 2, 2013, by The Honorable George P. Kazen, to 27 months custody, followed by 3 years of supervised release. The following special conditions were also imposed: 1) 120 hours of community service; 2) drug treatment; and 3) mental health treatment. This sentence followed the offender's guilty plea to Transfer of Obscene Material to a Minor, a violation of 18 USC 1470.

On March 31, 2014, the Honorable George P. Kazen modified the offender's conditions of release to include various sex offender specific special conditions at the request of the Southern District of Florida based on a pending pre-release plan. The modification included the following special conditions: 1) sex offender treatment with polygraph testing; 2) compliance with state sex offender registration; 3) no contact with minors; 4) the defendant is prohibited from possessing, subscribing to, or viewing any video, magazine, or literature depicting children in the nude and/or in sexually explicit positions; 5) the defendant shall not possess or use a computer with access to any online service at any online service at any location (including employment) without written approval from the probation officer; and 6) a search condition. It is noted that the offender's pre-release plan was subsequently denied by the Southern District of Florida.

The offender subsequently submitted a pre-release plan to the Eastern District of New York. The offender's first address was denied; however, he provided an address in Brooklyn, New York which was accepted. On November 19, 2014, the Honorable George P. Kazen modified the offender's conditions to include our district's verbiage for the following special conditions: 1) computer and Internet monitoring; 2) sex offender treatment with polygraph testing; 3) no contact with minors; 4) if the offender cohabitates with an individual who has minor children, the offender will inform that other party of his prior criminal history concerning his sex offense; and 5) search condition. It is noted that the offender's original special condition for community service was vacated based upon our inability to find a suitable community service site based upon his crime of conviction.

The offender commenced his term of supervised release on February 13, 2015.

The purpose of this memorandum is to inform that the Honorable George P. Kazen, has requested that the EDNY accept jurisdiction of this case in order to address supervision issues before the Court. In light of the aforementioned and pursuant to 18 USC 3605, our office is requesting that this case be docketed and assigned to a U.S. District Judge. We have attached the original Probation 22 transfer of jurisdiction form signed by the Honorable George P. Kazen, initiating the transfer process.

***The Southern District of Texas Probation Department has requested that an original fully-executed Probation Form 22 be returned to their office, which they will forward to their Clerk of the Court.***

Please contact Officer Weinrauch at (718) 804-2768, if you require additional information regarding this matter.

RESPECTFULLY SUBMITTED:

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

PREPARED BY: _____
Erin Weinrauch
U.S. Probation Officer

APPROVED BY: _____
Lawrence M. Andres, Jr
Supervising U.S. Probation Officer