# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Laredo)
## CRIMINAL DOCKET FOR CASE #: 5:11–cr–01286–1

| | |
|---|---|
| Case title: USA v. Berrios | Date Filed: 11/08/2011<br>Date Terminated: 08/02/2013 |

Assigned to: Judge George P. Kazen

**Defendant (1)**

**Luis Alberto Berrios**  represented by  **Arturo Villarreal , III**
*TERMINATED: 08/02/2013*                       Office of the Federal Public Defender
*also known as*                                1202 Houston St
KKKHAOS1980@YAHOO.COM                          Laredo, TX 78040
*TERMINATED: 08/02/2013*                       956–753–5313
*also known as*                                Fax: 956–753–5317
Only Warrior 80                                Email: arturo_villarreal@fd.org
*TERMINATED: 08/02/2013*                       *TERMINATED: 03/22/2013*
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*
                                               *Designation: Public Defender or Community Defender Appointment*

**Christina Arellano–Villarreal**
Office of the Federal Public Defender
1202 Houston St
Laredo, TX 78042
956–753–5313
Fax: 956–753–5317
Email: christina_arellano–villa@fd.org
*TERMINATED: 03/22/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**David Castillo**
Federal Public Defender's Office
1202 Houston St.
Laredo, TX 78040
956–753–5313
Fax: 956–753–5317
Email: david_castillo@fd.org
*TERMINATED: 03/22/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roderick Carlos Lopez**
Law Office of Roderick C. Lopez
1004 E. Hillside Rd.
Suite B
Laredo, TX 78041
956–568–5028
Fax: 956–728–0883
Email: ricklopezlaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Federal Public Defender – Laredo**
1501 Matamoros St
Laredo, TX 78040

956–753–5313
Email: lar_ecf@fd.org
*TERMINATED: 03/22/2013*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| Transfer of obscure material to a minor; PENALTY: Minimum penalty is 30 yrs imprisonment and the statutory maximum penalty is life. (1) | Superseding Indictment filed. |
| Transfer of obscene material to a minor. Penalty: 0–10 years, $250,000.00 fine, and not more than 3 years of TSR. (1s) | 27 months imprs; the Court recommends placement in Florid; 3 yrs TSR; the deft shall report to the nearest U.S. Probation office within 72 hours of release; mental health counseling; drug aftercare; the deft shall not commit another federal, state, or local crime; the deft is also to register as a sex offender with the appropriate agency in the state where he is residing; the agency that wil be monitoring the deft (as a registered sex offender)will impose further rules and regulations; the deft shall not possess ammunition, firearm, dangerous weapon, or other destructive device; the deft shall avoid the use of illegal narcotics; the deft shall have no contact with other convicted felons; no fine – 120 hours of community service wtihin 1 yr [unless the probation officer supervising the deft has concerns with community service and shall provide his recommendation to the Court]; $100.00 Special Assessment; the deft waived appeal as part of the written plea agreement, however, the deft is informed of the 14 day deadline to file the notice if he believes the waiver is not valid |
| Sexual exploitation of a minor; PENALTY: Minimum penalty is 30 yrs imprisonment and the statutory maximum penalty is life. (2) | Superseding Indictment filed. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| Sexual Exploitation of a minor. Penalty: 15–30 years, $250,000.00 fine, and not less than 5 years of TSR. (2s) | Dismissed on govt's oral motion. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

| | | | |
|---|---|---|---|
| **USA** | | represented by | **Sonah Lee**<br>United States Attorney Office<br>11204 McPherson Road<br>Suite 100A<br>Laredo, TX 78045<br>956–723–6523<br>Email: sonah.lee@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2011 | 1 | INDICTMENT(Laredo)(The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Luis Alberto Berrios (1) count(s) 1, 2, filed. (mmarquez) (Entered: 11/30/2011) |
| 11/08/2011 | 2 | MOTION to Seal Indictment, Enter Warrant in NCIC by USA as to Luis Alberto Berrios, filed. (mmarquez) (Entered: 11/30/2011) |
| 11/08/2011 | 3 | ORDER granting 2 Motion to Seal Indictment, Enter Warrant in NCIC as to Luis Alberto Berrios (1).(Signed by Magistrate Judge Guillermo R. Garcia) Parties notified.(mmarquez) (Entered: 11/30/2011) |
| 11/08/2011 | 4 | MOTION for Bench Warrant by USA as to Luis Alberto Berrios, filed. (mmarquez) (Entered: 11/30/2011) |
| 11/08/2011 | 5 | ORDER granting 4 Motion for Issuance of Bench Warrant as to Luis Alberto Berrios (1).(Signed by Magistrate Judge Guillermo R. Garcia) Parties notified.(mmarquez) (Entered: 11/30/2011) |
| 11/08/2011 | 6 | RECEIPT from USM re: Order for Issuance of Bench Warrant as to Luis Alberto Berrios, filed.(mmarquez) (Entered: 11/30/2011) |
| 11/30/2011 | 7 | MOTION to Unseal Criminal Indictment and Arrest Warrant by USA as to Luis Alberto Berrios, filed. (mmarquez) (Entered: 11/30/2011) |
| 11/30/2011 | 8 | ORDER Granting 7 MOTION to Unseal Criminal Indictment and Arrest Warrant.(Signed by Judge George P. Kazen) Parties notified. (mmarquez) (Entered: 11/30/2011) |
| 03/01/2013 | | US ATTORNEY'S NOTICE OF APPEARANCE. Sonah Lee appearing for USA, filed.(Lee, Sonah) (Entered: 03/01/2013) |
| 03/05/2013 | 9 | Rule 5(c)(3) Documents Received from N/D of Florida, Tallahassee as to Luis Alberto Berrios, filed. (Attachments: # 1 CJA 23 – Financial Affidavit)(mmarquez) (Entered: 03/08/2013) |
| 03/15/2013 | 12 | Minute Entry for proceedings held before Magistrate Judge Diana Song Quiroga: INITIAL APPEARANCE on Warrant on Arrest re: Indictment as to Luis Alberto Berrios, held on 3/15/2013. Deft informed of charges and rights. Defendant requests appointed counsel. Financial Affidavit executed. AFPD appt'd. No bond set. Arraignment &Detention Hearing set for 3/22/2013 at 10:00 AM in Courtroom 2B before Magistrate Judge Diana Song Quiroga. Appearances:Robert Ramirez f/govt; AFPD, appt'd f/deft.(ERO:Mayra Marquez) (Interpreter:Francisco Vergara, not used) Deft remanded to USM Custody, filed.(mmarquez) (Entered: 03/15/2013) |
| 03/15/2013 | 13 | Sealed Financial Affidavit CJA 23 by Luis Alberto Berrios, filed. (Entered: 03/15/2013) |
| 03/15/2013 | 14 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER – Laredo for Luis Alberto Berrios (Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (mmarquez) (Entered: 03/15/2013) |

| | | |
|---|---|---|
| 03/15/2013 | 15 | ORDER OF TEMPORARY DETENTION PENDING Hearing Pursuant to Bail Reform Act as to Luis Alberto Berrios. Detention Hearing set for 3/22/2013 at 10:00 AM in Courtroom 2B before Magistrate Judge Diana Song Quiroga(Signed by Magistrate Judge Diana Song Quiroga) Parties notified. (mmarquez) (Entered: 03/15/2013) |
| 03/15/2013 | 16 | NOTICE OF SETTING as to Luis Alberto Berrios. Arraignment set for 3/22/2013 at 10:00 AM in Courtroom 2B before Magistrate Judge Diana Song Quiroga, filed.(mmarquez) (Entered: 03/15/2013) |
| 03/19/2013 | 17 | WAIVER of Presence at Arraignment and Entry of Plea of Not Guilty by Luis Alberto Berrios, filed. (Castillo, David) (Entered: 03/19/2013) |
| 03/20/2013 | 18 | NOTICE OF ATTORNEY APPEARANCE Christina Arellano–Villarreal appearing for AFPD as to Luis Alberto Berrios, filed.(Arellano–Villarreal, Christina) (Entered: 03/20/2013) |
| 03/20/2013 | 19 | NOTICE OF ATTORNEY APPEARANCE Arturo Villarreal, III appearing for AFPD as to Luis Alberto Berrios, filed.(Villarreal, Arturo) (Entered: 03/20/2013) |
| 03/21/2013 | 20 | Unopposed MOTION to Substitute Attorney Roderick Carlos Lopez by Luis Alberto Berrios, filed. (Lopez, Roderick) (Entered: 03/21/2013) |
| 03/21/2013 | 21 | First MOTION to Continue Detention Hearing by Luis Alberto Berrios, filed. (Lopez, Roderick) (Entered: 03/21/2013) |
| 03/21/2013 | 22 | ORDER accepting 17 Defendant's Written Waiver of Arraignment as to Luis Alberto Berrios (1). (Signed by Magistrate Judge Diana Song Quiroga) Parties notified.(dgonzalez) (Entered: 03/22/2013) |
| 03/21/2013 | 23 | SCHEDULING ORDER as to Luis Alberto Berrios. Pretrial Motion Filing due by 3/29/2013 at 10:00AM; Final Pretrial Conference set for 4/16/2013 at 01:00 PM in Courtroom 2C before Magistrate Judge J. Scott Hacker; Jury Selection set for 4/22/2013 at 09:00 AM in Courtroom 2C before Magistrate Judge J. Scott Hacker. Parties notified. (dgonzalez) (Entered: 03/22/2013) |
| 03/22/2013 | 24 | Addendum as to Luis Alberto Berrios, filed. (hcortez, ) (Entered: 03/22/2013) |
| 03/22/2013 | | Minute Entry for proceedings held before Magistrate Judge Diana Song Quiroga: DETENTION HEARING as to Luis Alberto Berrios on 3/22/2013. Roderick Lopez electronically filed a Motion to Substitute counsel as well as a Motion for Continuance (detention hearing) for this case; Court granted both Motions. Lopez advised the Court that he needed more time in order to look further into his clients prior criminal history as well as being able to view the governments file on his client. Court reset case for 3/26/2013 at 2:00 p.m. before Magistrate Judge Diana Song Quiroga in courtroom 2B (10:07–10:24). Appearances:Gracie Lindberg f/Government; Roderick Lopez/Deft; USM: Deputy Michael Russell; USPO: Margarita Hernandez; USPTS: Priscilla Ortiz.(ERO:Martha Perez) (Interpreter:Leonardo Perales, not used) Deft remanded to Custody, filed.(cdom, ) (Entered: 03/22/2013) |
| 03/22/2013 | 25 | NOTICE OF RESETTING as to Luis Alberto Berrios. Detention Hearing set for 3/26/2013 at 02:00 PM in Courtroom 2B before Magistrate Judge Diana Song Quiroga, filed. (cdom, ) (Entered: 03/22/2013) |
| 03/22/2013 | 26 | DUPLICATE ENTRY. SAME AS DKT 21 . ***** MOTION For Continuance of Detention Hearing by Luis Alberto Berrios, filed. (mmarquez) Modified on 3/25/2013 (mmarquez). (Entered: 03/25/2013) |
| 03/22/2013 | 27 | ORDER granting 20 Motion to Substitute Attorney as to Luis Alberto Berrios (1). AFPD substituted by Attorney Roderick C Lopez.(Signed by Magistrate Judge Diana Song Quiroga) Parties notified.(mmarquez) (Entered: 03/25/2013) |
| 03/22/2013 | | Attorney update in case as to Luis Alberto Berrios. AFPD Attorney Arturo Villarreal, III; AFPD Christina Arellano–Villarreal and AFPD David Castillo terminated. (mmarquez) (Entered: 03/25/2013) |
| 03/22/2013 | 28 | ORDER granting 21 Motion to Continue as to Luis Alberto Berrios (1); Detention Hearing set for 3/26/2013 at 02:00 PM in Courtroom 2B before Magistrate Judge |

| | | |
|---|---|---|
| | | Diana Song Quiroga.(Signed by Magistrate Judge Diana Song Quiroga) Parties notified.(mmarquez) (Entered: 03/25/2013) |
| 03/26/2013 | | Minute Entry for proceedings held before Magistrate Judge Diana Song Quiroga: DETENTION HEARING as to Luis Alberto Berrios on 3/26/2013. Court reset detention hearing for 3/28/2013 at 10:00 a.m. before Magistrate Judge Guillermo Garcia in courtroom 3C. AUSA Sonah Lee advised the Court that she would be present for the reset of the detention hearing. Roderick Lopez advised the Court that he still had pending discovery that he needed to review from the Government. (2:15–2:22) Appearances:Sonah Lee f/Government; Roderick Lopez /Deft; USM: Deputy Michael Russell.(ERO:Ben Mendoza) (Interpreter:Ana Maria Koency, not used) Deft remanded to Custody, filed.(cdom, ) (Entered: 03/26/2013) |
| 03/26/2013 | 29 | NOTICE OF RESETTING as to Luis Alberto Berrios. Detention Hearing set for 3/28/2013 at 10:00 AM in Courtroom 3C before Magistrate Judge Guillermo R. Garcia, filed. (cdom, ) (Entered: 03/26/2013) |
| 03/28/2013 | | Minute Entry for proceedings held before Magistrate Judge Guillermo R. Garcia: DETENTION HEARING as to Luis Alberto Berrios held on 3/28/2013. Government requests detention. Attorney Lopez requests defendant be given reasonable bond and states his reasons. Court ordered defendant detained, pending further proceedings. Order will follow. (1057–1108) Appearances:AUSA: Sonah Lee f/ govt ; Atty: Roderick Lopez f/ deft ; USPO: Agustin Gamez f/ Probation ; PTSO: Terry Salazar f/ Pretrial: Deputy: Beatrice Perez f/ USMarshals.(ERO:Delia Gonzalez) (Interpreter:Not used) Deft remanded to custody, filed.(mlramirez) (Entered: 03/28/2013) |
| 03/29/2013 | 30 | Agreed MOTION to Continue Deadline for Pretrial Motions by Luis Alberto Berrios, filed. (Attachments: # 1 Proposed Order Order for Continuance)(Lopez, Roderick) (Entered: 03/29/2013) |
| 03/29/2013 | 31 | Agreed MOTION for Discovery by Luis Alberto Berrios, filed. (Lopez, Roderick) (Entered: 03/29/2013) |
| 04/01/2013 | 32 | NOTICE OF SETTING as to Luis Alberto Berrios – regarding 30 Agreed MOTION to Continue Deadline for Pretrial Motions, 31 Agreed MOTION for Discovery. Motion Hearing set for 4/3/2013 at 11:30 AM in Courtroom 2C before Magistrate Judge J. Scott Hacker, filed. (clrodriguez) (Entered: 04/01/2013) |
| 04/02/2013 | 34 | SUPERSEDING INDICTMENT(Laredo)(The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Luis Alberto Berrios (1) count(s) 1s, 2s, filed. (bmendoza, ) (Entered: 04/03/2013) |
| 04/02/2013 | 35 | MOTION for Bench Warrant by USA as to Luis Alberto Berrios, filed. (bmendoza, ) (Entered: 04/03/2013) |
| 04/02/2013 | 36 | ORDER granting 35 Motion for Bench Warrant as to Luis Alberto Berrios (1).(Signed by Magistrate Judge Diana Song Quiroga.) Parties notified.(bmendoza, ) Modified on 4/3/2013 (bmendoza, ). (Entered: 04/03/2013) |
| 04/03/2013 | | Minute Entry for proceedings held before Magistrate Judge J. Scott Hacker: MOTION HEARING as to Luis Alberto Berrios held on 4/3/2013 re: 30 Agreed Motion for Continuance and Request for Extension of Time to File Pre–trial Motions, and 31 Unopposed Motion for Discovery. Attorney Lopez advised the Court that he just received all discovery and has not been able to review information. The Court orally denies without prejudice the Motion for Discovery and orally grants Motion for Continuance. Motions deadline is now 05/13/13 at 4:00 PM and Pretrial Conference reset to 05/13/13 at 9:00 AM in Courtroom 2C before US Magistrate Judge J. Scott Hacker. Written orders to follow. Waiver of Speedy Trial Limits, filed. (11:19 – 11:24). Appearances: Sonah Lee f/Government; Roderick Lopez f/Defendant; USM Mike Suh/David Lewis/Michael Russell. (ERO: Mayra Marquez). (Interpreter: Diana Gonzalez/Ana Koency, not used). Deft remanded to custody, filed. ( dflores ) Modified on 4/3/2013 ( dflores ). (Entered: 04/03/2013) |
| 04/03/2013 | 33 | WAIVER of Speedy Trial Limits by Luis Alberto Berrios, filed. ( dflores ) (Entered: 04/03/2013) |

| | | |
|---|---|---|
| 04/03/2013 | 37 | USM return receipt re: 36 as to Luis Alberto Berrios, filed. (bmendoza, ) (Entered: 04/03/2013) |
| 04/04/2013 | 39 | Minute Entry for proceedings held before Magistrate Judge Guillermo R. Garcia: INITIAL APPEARANCE on Warrant on Arrest re: Superseding Indictment as to Luis Alberto Berrios, held on 4/4/2013. Deft informed of charges and rights. Financial Affidavit previously executed. Deft previously retained private atty, Roderick Lopez (Not present in courtroom). No bond set. Defendant ordered detained in previous Detention Hearing before U. S. Magistrate Judge Guillermo Garcia on 3/28/2013. Deft is currently set for FPTC before U S Magistrate Judge J Scott Hacker on 5/13/2013 at 9:00 AM in Courtroom 2C. Pretrial Release Violation to be addressed at time of sentencing before U. S. District Judge George P. Kazen on a later date (to be advised). Appearances:Sonah Lee f/govt; Roderick Lopez (previously retained) on Deft.(ERO:David Morales) (Interpreter:Francisco Vergara, not used) Deft remanded to USM Custody, filed.(mmarquez) Modified on 4/5/2013 (mmarquez). (Entered: 04/05/2013) |
| 04/04/2013 | 40 | ORDER granting 30 Motion to Continue and Request for Extension of Time to File Pre–Trial Motions as to Luis Alberto Berrios (1). Final Pre–Trial Motion Filing due by 5/3/2013, at 4:00 PM; Final Pretrial Conference set for 5/13/2013 at 09:00 AM in Courtroom 2C before Magistrate Judge J. Scott Hacker. (Signed by Magistrate Judge J. Scott Hacker) Parties notified.(mmarquez) (Entered: 04/05/2013) |
| 04/04/2013 | 41 | ORDER denying 31 Motion for Discovery without prejudice for the reasons stated at the April 3rd Hearing as to Luis Alberto Berrios (1).(Signed by Magistrate Judge J. Scott Hacker) Parties notified.(mmarquez) (Entered: 04/05/2013) |
| 05/09/2013 | 42 | Agreed MOTION to Continue Pretrial Hearing by Luis Alberto Berrios, filed. (Attachments: # 1 Proposed Order Order Granting Agreed Mtn for Continuance)(Lopez, Roderick) (Entered: 05/09/2013) |
| 05/10/2013 | 43 | ORDER denying 42 Motion For Continuance as to Luis Alberto Berrios (1). The Court believes it would be prudent for counsel and Ms. Lee to be present in Court to work on a plea agreement.(Signed by Magistrate Judge J. Scott Hacker.) Parties notified.(bmendoza, ) (Main Document 43 replaced on 5/10/2013) (bmendoza, ). (Entered: 05/10/2013) |
| 05/13/2013 | | Minute Entry for proceedings held before Magistrate Judge J. Scott Hacker: Pretrial Conference as to Luis Alberto Berrios held on 5/13/2013. TSR admonishment. Parties need more time to confer. (COURT TIME: 11:42–11:53 AM; BREAK; Resumes 12:23–12:24 AM). The Court resets case. Pretrial Conference reset for 5/17/2013 at 10:00 AM in Courtroom 2C before Magistrate Judge J. Scott. Hacker. Appearances:Homero Ramirez f/Sonah Lee f/govt; Roderick Lopez, f/deft; USPO: Luz Garza/Rene Moke; USM: Chris Kitchens. (Interpreter:Diana Gonzalez/Ina Pool, not used) Deft remanded to USM Custody, filed.(mmarquez) Modified on 5/13/2013 (mmarquez). (Entered: 05/13/2013) |
| 05/13/2013 | 44 | NOTICE OF SETTING as to Luis Alberto Berrios. Pretrial Conference set for 5/17/2013 at 10:00 AM in Courtroom 2C before Magistrate Judge J. Scott Hacker, filed. (mmarquez) (Main Document 44 replaced on 5/14/2013) (mmarquez, ). (Entered: 05/13/2013) |
| 05/13/2013 | | **Continue Pretrial Conference to 05/17/13 at 10:00 AM in Courtroom 2C before US Magistrate Judge J. Scott Hacker as to Luis Alberto Berrios. ( dflores ) (Entered: 05/15/2013) |
| 05/17/2013 | | RE–ARRAIGNMENT Minute Entry for proceedings held before Magistrate Judge J. Scott Hacker on 5/17/2013 as to Luis Alberto Berrios, Defendant pled Guilty to Count(s) 1s of the Superseding Indictment. Written plea agreement/Addendum to plea agreement/written factual basis filed. Appeal Waived: Yes. PSI due by: 06/21/2013. Counts 1, 2, 2s to be dismissed at time of sentence. Counsel present for PSI Interview? Yes. Appearances: AUSA Sonah Lee f/USA; Roderick Lopez appearing for f/Defendant.Deft remanded to Custody. (USPO: Irasema Salazar)(ERO: Martha Perez) (Interpreter: Felipe Perez / Francisco Vergara not used) (Time in Court 9:55 / 10:09 – 10:13)(dfloresadi, ) (Entered: 05/17/2013) |

| | | |
|---|---|---|
| 05/17/2013 | | **Terminate Deadlines and Hearings as to Luis Alberto Berrios: (dfloresadi, ) (Entered: 05/17/2013) |
| 05/17/2013 | 45 | ORDER for Presentence Investigation and Disclosure &Sentencing Dates as to Luis Alberto Berrios. PSI Completion due by 6/21/2013( Signed by Judge George P. Kazen) Parties notified. (dfloresadi, ) (Entered: 05/17/2013) |
| 05/17/2013 | 46 | Consent to Administration of Guilty Plea and Fed.R.Crim.P. 11 Allocution by United States Magistrate Judge by Luis Alberto Berrios, filed.(dgonzalez) (Entered: 05/20/2013) |
| 05/17/2013 | 47 | PLEA AGREEMENT as to Luis Alberto Berrios, filed. (dgonzalez) (Entered: 05/20/2013) |
| 05/17/2013 | 48 | ADDENDUM to 47 Plea Agreement as to Luis Alberto Berrios, filed.(dgonzalez) (Entered: 05/20/2013) |
| 05/17/2013 | 49 | REPORT AND RECOMMENDATIONS as to Luis Alberto Berrios Objections to RRdue by 5/31/2013( Signed by Magistrate Judge J. Scott Hacker) Parties notified. (dgonzalez) (Entered: 05/20/2013) |
| 06/10/2013 | 50 | ORDER ACCEPTING REPORT AND RECOMMENDATIONS as to Luis Alberto Berrios ( Signed by Judge George P. Kazen) Parties notified. (ehernandez) (Entered: 06/11/2013) |
| 07/23/2013 | 51 | Revised Final Presentence Investigation Report (Sealed) as to Luis Alberto Berrios, filed. (curibe, ) (Entered: 07/23/2013) |
| 07/23/2013 | 52 | Revised Confidential Sentencing Recommendation(Sealed) regarding Luis Alberto Berrios, filed. (curibe, ) (Entered: 07/23/2013) |
| 07/23/2013 | 53 | Sealed Addendum to 51 Final Presentence Investigation Report (Sealed) as to Luis Alberto Berrios, filed. (curibe, ) (Entered: 07/23/2013) |
| 07/24/2013 | 54 | NOTICE OF SETTING as to Luis Alberto Berrios. Sentencing set for 8/2/2013 at 09:30 AM in Courtroom 3A before Judge George P. Kazen, filed.(vcaballero, ) (Entered: 07/24/2013) |
| 07/25/2013 | 55 | MOTION for Extension of Time to File Response/Reply *to Presentence Investigation Report* by Luis Alberto Berrios, filed. (Attachments: # 1 Proposed Order)(Lopez, Roderick) (Entered: 07/25/2013) |
| 07/25/2013 | 56 | Sentencing Memorandum (Sealed) by Luis Alberto Berrios, filed. (Entered: 07/25/2013) |
| 07/25/2013 | 57 | ORDER granting 55 Motion for Extension of Time to File Objections to the Presentence Investigation Report as to Luis Alberto Berrios (1).(Signed by Judge George P. Kazen) Parties notified.(dgonzalez) (Entered: 07/26/2013) |
| 07/29/2013 | 58 | Sealed Supplemental Addendum to 51 Final Presentence Investigation Report (Sealed) as to Luis Alberto Berrios, filed. (curibe, ) (Entered: 07/29/2013) |
| 07/30/2013 | 59 | Agreed MOTION for Extension of Time to File Response/Reply by USA as to Luis Alberto Berrios, filed. (Attachments: # 1 Proposed Order)(Lee, Sonah) (Entered: 07/30/2013) |
| 07/30/2013 | 60 | Objection to Presentence Investigation Report (Sealed) by USA as to Luis Alberto Berrios, filed. (Entered: 07/30/2013) |
| 07/30/2013 | 61 | ORDER granting Government's 59 Motion for Leave to File Objections to PSR as to Luis Alberto Berrios (1).(Signed by Judge George P. Kazen) Parties notified.(mmarquez) (Entered: 07/30/2013) |
| 08/01/2013 | 62 | Second Sealed Supplemental Addendum to 51 Final Presentence Investigation Report (Sealed) as to Luis Alberto Berrios, filed. (curibe, ) (Entered: 08/01/2013) |
| 08/02/2013 | | Minute Entry for proceedings held before Judge George P. Kazen. The Government informs that the victim was informed of today's hearing, however, declined being present at the sentencing of the defendant. Sentencing held on 8/2/2013 for Luis Alberto Berrios (1), Count(s) 1, 2, Superseding Indictment filed. |

| | | |
|---|---|---|
| | | Count(s) 1s, 27 months imprs; the Court recommends placement in Florid; 3 yrs TSR; the deft shall report to the nearest U.S. Probation office within 72 hours of release; mental health counseling; drug aftercare; the deft shall not commit another federal, state, or local crime; the deft is also to register as a sex offender with the appropriate agency in the state where he is residing; the agency that wil be monitoring the deft (as a registered sex offender)will impose further rules and regulations; the deft shall not possess ammunition, firearm, dangerous weapon, or other destructive device; the deft shall avoid the use of illegal narcotics; the deft shall have no contact with other convicted felons; no fine – 120 hours of community service wtihin 1 yr [unless the probation officer supervising the deft has concerns with community service and shall provide his recommendation to the Court]; $100.00 Special Assessment; the deft waived appeal as part of the written plea agreement, however, the deft is informed of the 14 day deadline to file the notice if he believes the waiver is not valid. Count(s) 2s, Dismissed on govt's oral motion. TIME: 10:44 AM – 11:25 AM. Appearances:AUSA Sonah Lee and attorney Roderick C. Lopez f/deft.(Court Reporter: Leticia Verdin) (Interpreter:Diana Gonzalez (not used) Deft remanded to the custody of the U.S. Marshal., filed.(vcaballero, ) (Entered: 08/02/2013) |
| 08/02/2013 | | DISMISSAL OF COUNT 2 on Government's Oral Motion as to Luis Alberto Berrios. (vcaballero, ) (Entered: 08/02/2013) |
| 08/02/2013 | 63 | NOTICE OF NON–APPEAL by Luis Alberto Berrios,filed.(mxperez) (Entered: 08/05/2013) |
| 08/06/2013 | 64 | JUDGMENT as to Luis Alberto Berrios (Signed by Judge George P. Kazen) Parties notified. (mmarquez) (Entered: 08/07/2013) |
| 08/06/2013 | 65 | Statement of Reasons (Sealed) as to Luis Alberto Berrios, filed. (Entered: 08/07/2013) |
| 03/31/2014 | 66 | PROBATION FORM 12B Request for Modifying the Conditions or Term of Supervision with Consent of the Offender as to Luis Alberto Berrios. Court recommends Modify Conditions as Noted ( Signed by Judge George P. Kazen) (Attachments: # 1 Memorandum) Parties notified. (mxperez, 5) (Entered: 04/01/2014) |
| 11/19/2014 | 67 | PROBATION FORM 12B Request for Modifying the Conditions or Term of Supervision with Consent of the Offender as to Luis Alberto Berrios. The Court Modifies Conditions as Noted. (Signed by Judge George P. Kazen) Parties notified. (mmarquez, 5) (Entered: 11/19/2014) |
| 03/22/2016 | 68 | Supervised Release Jurisdiction Transferred to Eastern District of New York, Brooklyn Division as to Luis Alberto Berrios., filed(mmarquez, 5) (Entered: 03/22/2016) |