United States District Court
Southern District of Texas
FILED
APR - 2 2013
David J. Bradley, Clerk
Laredo Division

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 11-cr-1286-S |
| LUIS ALBERTO BERRIOS<br>AKA: "ONLY WARRIOR 80"<br>AKA: "KKKHAOS1980@YAHOO.COM" | § § § § | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or between January 1, 2010 and February 1, 2011, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

**LUIS ALBERTO BERRIOS
AKA: "ONLY WARRIOR 80"
AKA: "KKKHAOS1980@YAHOO.COM",**

did knowingly transfer and attempt to transfer, by means of a facility of interstate commerce, that is, a computer, obscene matter to another individual who has not attained the age of 16 years, that is, JSR, a minor, knowing that the other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

## COUNT TWO

On or between January 1, 2010 and February 1, 2011, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant,**

**LUIS ALBERTO BERRIOS
AKA: "ONLY WARRIOR 80"
AKA: "KKKHAOS1980@YAHOO.COM",**

did employ, use, persuade, induce, entice, and coerce a minor, that is, JSR, and did attempt to employ, use, persuade, induce, entice, and coerce a minor, that is, JSR, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and for the purpose of transmitting a live visual depiction of such conduct, knowing that such visual depiction was intended to be transported and transmitted in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2251(a) and (e).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREMAN OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

SONAH LEE
Assistant United States Attorney

|  |  |  |
|---|---|---|
| <u>  LAREDO  </u> DIVISION<br>FILE:2011R01503<br><u>SUPERSEDING INDICTMENT       </u> | **CRIMINAL DOCKET**<br>APR – 2 2013<br>Filed:_____ | NO.<u>   11-CR-01286-S     </u><br><br>Judge: _____ |

ATTORNEYS:

UNITED STATES OF AMERICA

<u>KENNETH MAGIDSON, USA</u>

VS.

<u>SONAH LEE, AUSA      </u>

<u>  LUIS ALBERTO BERRIOS                           </u>

<u>AKA: "ONLY WARRIOR 80"                      </u>

<u>AKA: "KKKHAOS1980@YAHOO.COM"      </u>

| | Appt'd | Private |
|---|---|---|

---

**CHARGE:**
**(TOTAL**
**COUNTS:)**
**(2)**

Ct. 1: Transfer of obscene material to a minor
         18 USC 1470
Ct. 2: Sexual exploitation of a minor
         18 USC 2251(a) and (e)

**PENALTY:**  Ct. 1: 0-10 years, $250,000 fine, and NOT MORE than 3 year term of supervised release
               Ct. 2: 15-30 years, $250,000 fine, and NOT LESS than 5 year term of supervised release

In Jail:                                                      NAME & ADDRESS

On Bond:                                           of Surety:

No Arrest:

**PROCEEDINGS:**